ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

ALEX FISHMAN,
KOSTYANTYN MELNYK, and
STEVEN FISHMAN,

              Defendants.

- - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **JUN 0 6 2017**

SEALED INDICTMENT

17 Cr.

**17 CRIM   351**

## COUNT ONE

### (Conspiracy to Commit Offenses Against the United States: Trafficking Contraband Tobacco)

The Grand Jury charges:

1.    From at least in or about March 2016, up to and including in or about May 2017, in the Southern District of New York and elsewhere, ALEX FISHMAN, KOSTYANTYN MELNYK, and STEVEN FISHMAN, the defendants, and others known and unknown, willfully and knowingly did combine, conspire, confederate and agree together and with each other to commit offenses against the United States, to wit, to violate Title 18, United States Code, Sections 2342.

2.    It was a part and an object of the conspiracy that ALEX FISHMAN, KOSTYANTYN MELNYK, and STEVEN FISHMAN, the defendants, and others known and unknown, would and did ship, transport, receive, possess, sell, distribute, and purchase contraband cigarettes and contraband smokeless tobacco, as defined

**JUDGE SULLIVAN**

in Title 18 United States Code, Section 2341, in violation of Title 18, United States Code, Section 2342.

3.   In furtherance of the conspiracy and to effect the illegal objects thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a.   On or about April 13, 2017, ALEX FISHMAN, KOSTYANTYN MELNYK, and STEVEN FISHMAN, the defendants, met a confidential source ("CS-1") in the vicinity of Greenwich Street and Chambers Street in Manhattan, New York. During the meeting, ALEX FISHMAN and MELNYK received approximately fifteen cases of purportedly stolen cigarettes in total from CS-1 and, in exchange, STEVEN FISHMAN provided CS-1 with a plastic bag containing approximately $42,680.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATION

4.   As a result of committing the offense charged in Count One of this Indictment, ALEX FISHMAN, KOSTYANTYN MELNYK, and STEVEN FISHMAN, the defendants, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of this Indictment.

## Substitute Assets Provision

5.    If any of the above-described forfeitable

property, as a result of any act or omission of the defendant:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred or sold to, or deposited with, a third person;
>
> c.    has been placed beyond the jurisdiction of the Court;
>
> d.    has been substantially diminished in value; or
>
> e.    has been commingled with other property

which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21,

United States Code, Section 853(p) and Title 28, United States

Code, Section 2461(c), to seek forfeiture of any other property

of the defendant up to the value of the above forfeitable

property.

> (Title 18, United States Code, Section 981;
> Title 21, United States Code, Section 853; and
> Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
JOON H. KIM
Acting United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEX FISHMAN,
KOSTYANTYN MELNYK, and
STEVEN FISHMAN,

Defendants.

**SEALED INDICTMENT**

17 Cr.

(18 U.S.C. § 371.)

JOON H. KIM
Acting United States Attorney.

A TRUE BILL

Foreperson.

6/6/17 - Filed Sealed Indictment
ec   & hw issued.